**Maurice LUCAS, Petitioner–Appellant,**

v.

**Lloyd WATERS, Warden; Joseph Curran, Respondents– Appellees.**

No. 02–7702.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Maurice Lucas, Appellant Pro Se. Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice Lucas seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Lucas has not made a substantial showing of the denial of a constitutional right. *See Lucas v. Waters,* No. CA–02–1641–S (D.Md. Sept. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*